**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NUMBER 6:25-CR-00056-JDK** |
| | § | |
| | § | |
| **HUMBERTO GUERRERO-MARTINEZ** | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
OF FACT AND RECOMMMENDATION ON GUILTY PLEA**

The Court referred this matter to the Honorable John D. Love, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea. The Magistrate Judge recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Count One of the Indictment

The parties have not objected to the Magistrate Judge's findings.

Having reviewed the Magistrate Judge's findings and recommendation, the Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge.

In accordance with Defendant's guilty plea, the Court finds Defendant **HUMBERTO GUERRERO-MARTINEZ GUILTY** of Count One of the Indictment, charging a violation of Title 8 U.S.C. § 1326(a) and (b) - Illegal Reentry Following Removal.

So **ORDERED** and **SIGNED** this **9th** day of **August, 2025.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE